## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Bankdirect Capital Finance, LLC

                          Plaintiff,

v.

                                             Case No.: 1:15–cv–10340
                                             Honorable John Z. Lee

Capital Premium Financing, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 8, 2018:

      MINUTE entry before the Honorable John Z. Lee: On 12/14/17, the Court scheduled a status hearing for 1/16/18 and ordered the parties to submit a joint status report briefly summarizing the developments before Judge Gottshall and the current status of the case, including the status of pending motions and discovery. Since then, Plaintiff has filed a notice of appeal of Judge Gottshall's 11/29/17 order granting Defendant's motion for preliminary injunction and filed a motion for a hearing to set an injunction bond, which it noticed for 1/9/18 [186]. So that the Court may have the benefit of the parties' joint status report when considering that motion, the Court sua sponte enters and continues that motion [186] to 1/16/18 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.