**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Bankdirect Capital Finance, LLC

        Plaintiff,

v.                Case No.: 1:15−cv−10340
                 Honorable John Z. Lee

Capital Premium Financing, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2019:

   MINUTE entry before the Honorable John Z. Lee: Pursuant to the Seventh Circuit's decision regarding the injunction in this case [390] [391], the injunction has been terminated. Accordingly, Plaintiff's motion to clarify the preliminary injunction [277] and Defendant's motion to dissolve or modify the injunction bond [358] [359] are stricken as moot.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.